**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1393**

———————————

ARTHUR B. BOYD, JR.,

Plaintiff - Appellant,

versus

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORA-
TION, d/b/a R. Adams Cowley Shock Trauma Cen-
ter; JOEL LEE; THE BALTIMORE SUN COMPANY,
d/b/a "The Sun" Newspaper; DOUGLAS BIRCH; THE
WASHINGTON POST COMPANY, d/b/a The Washington
Post; BRIAN MOOAR; JOURNAL NEWSPAPERS, INCOR-
PORATED, d/b/a Prince George's Journal; JOHN
DOE; AMERICAN MEDIA, INCORPORATED, d/b/a
National Enquirer, Incorporated,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge.
(CA-96-3105-WMN)

———————————

Submitted: July 30, 1998       Decided: August 25, 1998

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Arthur B. Boyd, Jr., Appellant Pro Se.  Peter Edward Keith, David William Kinkopf, GALLAGHER, EVELIUS & JONES, Baltimore, Maryland; Douglas D. Connah, Jr., VENABLE, BAETJER & HOWARD, Baltimore, Maryland; Kevin Taylor Baine, Max Ian Stier, Paul Martin Wolff, Julie C. Hilden, WILLIAMS & CONNOLLY, Washington, D.C.; Mary R. Craig, MARY R. CRAIG, P.A., Towson, Maryland; Alice Neff Lucan, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on Jan. 16, 1998; Appellant's notice of appeal was filed on March 12, 1998, which is beyond the thirty-day appeal period. Appellant's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Appellant's appeal. We therefore dismiss the appeal.[*] We dispense with oral argument because the facts and legal contentions are adequate-

---

[*] This appeal was interlocutory when filed. The case was closed in the district court on May 18, 1998.

ly presented in the materials before the court and argument would not aid the decisional process.

DISMISSED